IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHASE CARMEN HUNTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:16-cv-164-WKW-WC |
| ) | |
| JIM L. RIDLING, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

On April 12, 2016, the undersigned Magistrate Judge entered an Order (Doc. 5) instructing Plaintiff to complete and file the long-form application to proceed *in forma pauperis* and submit other documentation in support of her pending motion (Doc. 2) to proceed without prepayment of court costs. In particular, the Order conveyed the court's concern about discrepancies between Plaintiff's present motion and a similar motion she filed in an earlier case in this district, which was denied, as well as more recent motions filed in conjunction with suits in other districts. The Order instructed Plaintiff to file her long-form application and other documents or pay the civil filing fee "on or before April 29, 2016," and cautioned Plaintiff that if she failed to do so "this action may be dismissed." Order (Doc. 5) at 4-5.

Plaintiff has failed to pay the civil filing fee, to provide the court with the requested documents, or even to request an extension of time in which to comply or lodge

an objection to the court's Order.  In other words, some twenty-five days later, Plaintiff has not responded to the Court's Order.  As such, the undersigned concludes that Plaintiff has abandoned her claims and the complaint is due to be dismissed for Plaintiff's failure to prosecute this action and failure to abide by the orders of the court.  Accordingly, it is

ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is DENIED due to Plaintiff's failure to supplement her motion as set out in the court's Order (Doc. 5) of April 12, 2016.  Furthermore, it is the RECOMMENDATION of the Magistrate Judge that Plaintiff's complaint be DISMISSED without prejudice due to Plaintiff's failure to prosecute this action and comply with the orders of the court.  Finally, it is

ORDERED that Plaintiff is DIRECTED to file any objections to the said Recommendation **on or before May 20, 2016**.  A party must specifically identify the factual findings and legal conclusions in the Recommendation to which objection is made; frivolous, conclusive, or general objections will not be considered.  Failure to file written objections to the Magistrate Judge's findings and recommendations in accordance with the provisions of 28 U.S.C. § 636(b)(1) shall bar a party from a *de novo* determination by the District Court of legal and factual issues covered in the Recommendation and waives the right of the party to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); 11th Cir. R. 3-1; *see Stein v. Lanning Sec., Inc.*, 667 F.2d 33 (11th Cir. 1982); s*ee also Bonner v. City of Prichard*, 661 F.2d 1206

(11th Cir. 1981) (*en banc*).  Plaintiff is advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

    Done this 6th day of May, 2016.

                        /s/ Wallace Capel, Jr._____
                        UNITED STATES MAGISTRATE JUDGE