IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHASE CARMEN HUNTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:16-CV-164-WKW |
| ) | |
| JIM L. RIDLING, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

On May 6, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 6.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1)   The Recommendation is ADOPTED; and

(2)   This case is DISMISSED without prejudice due to Plaintiff's failure to prosecute this action and comply with the orders of the court.

A separate final judgment will be entered.

DONE this 24th day of May, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE